# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| LONNIE EARL EVERETT,<br>    Plaintiff,<br><br>v.<br><br><br>KEASHA L. HINES and DOKEITA L. EBRON,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 5:13-CV-21-D**<br>) |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's Complaint as frivolous under 28 U.S.C. § § 1915(e)(2) and 1915A. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 29, 2013** WITH A COPY TO:

Lonnie Earl Everett, Pro Se (Via USPS to 3894 Brooks Dr., Farmville, NC 27828 and P.O. Box 1172, Greenville, NC 27835)

<u>March 29, 2013</u>                                                JULIE A. RICHARDS, Clerk
Date                                                               Eastern District of North Carolina

                                                                                   <u>/s/ Debby Sawyer          </u>
                                                                                   (By) Deputy Clerk

Raleigh, North Carolina